UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| GARY O. KESTER, ET AL., : | |
| : | CASE NO. 1:12-cv-00907 |
| Plaintiffs, : | |
| : | |
| v. : | ORDER OF REFERRAL |
| : | |
| ZWICKER & ASSOCIATES, PC, ET AL. : | |
| : | |
| Defendants. : | |
| : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

  Upon consideration and pursuant to Local Rule 72.1, this matter is hereby referred to United States Magistrate Judge Greg White for a Report and Recommendation concerning plaintiff's motion for attorney fees. Any subsequent pleadings filed with regard to the instant motion should be referred to Magistrate Judge White.

  IT IS SO ORDERED.


Dated: October 16, 2012         s/ *James S. Gwin*
                      JAMES S. GWIN
                      UNITED STATES DISTRICT JUDGE